**1317   ATTORNEY GENERAL vs. WHITE (Supervisor) AND GER-
BER (Treasurer), Sheridan Township, No. 13952.**

**1318   ATTORNEY GENERAL vs. FINNEY (Supervisor) AND MAR-
SHALL (Treasurer), Dayton Township, No. 13953.**

To compel the levy and collection of the State and county taxes as apportioned to said townships by the board of supervisors of the county (Newaygo), the supervisor in each case refusing to act on the ground that the equalization was inequitable.

Granted January 17, 1894.

It appeared that no State and county taxes had been levied and that certain of the taxpayers had paid the other taxes, and the writ provided that such persons should pay but one per cent as collection fees and all others three per cent on the new assessment.   The court entertained jurisdiction because the Circuit

Court was not in session, and in view of the exigencies of the matter.